THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK FEVROLA, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued January 18, 1923; decided February 27, 1923.)

APPEAL from a judgment of the Supreme Court, rendered June 1, 1921, at a Trial Term for the county of Westchester, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Thomas J. O'Neill, David Gorfinkel, John A. Goodwin,* and *Leonard F. Fish* for appellant.

*Arthur Rowland, District Attorney (Frederick E. Weeks* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.